VERENE TROTT, as Executrix of WILLIAM TROTT, Deceased, Appellant, *v.* VALENTINE SCHMITT, Respondent.

*Trott* v. *Schmitt*, 127 App. Div. 918, affirmed.
(Argued January 22, 1909; decided February 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 5, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at a Trial Term in an action to recover money alleged to have been had and received by defendant to the use of the plaintiff.

*Edward W. S. Johnston* and *Herman G. Loew* for appellant.

*Victor E. Whitlock* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Not voting: VANN, J.

———————

SAMUEL CULLY, as Administrator of the Estate of SAMUEL A. CULLY, Deceased, Respondent, *v.* FRANCIS N. ISHAM, Appellant.

*Cully* v. *Isham*, 125 App. Div. 97, affirmed.
(Submitted January 22, 1909; decided February 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 17, 1908, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for services.

*Charles D. Newton* for appellant.

*Fletcher C. Peck* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.